**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**  ACN 078 881 035 Pty Limited (in Liquidation)

2. **Debtor's unique identifier**

   **For non-individual debtors:**
   ☐ Federal Employer Identification Number (EIN)  \_\_ \_\_ – \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_
   ☑ Other ACN 078 881 035.  Describe identifier AU corporation number.

   **For individual debtors:**
   ☐ Social Security number:  xxx – xx– \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_
   ☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_
   ☐ Other _____.  Describe identifier _____.

3. **Name of foreign representative(s)**  John Sheahan

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  Ligon 158 Pty Limited (in liq) v Shield Holdings Australia Pty Ltd (in liq) NSD1023/2022 (Fed. Ct. of AU)

5. **Nature of the foreign proceeding**

   *Check one:*
   ☑ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   _____
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☑ Yes

Debtor   ACN 078 881 035 Pty Limited (in Liquidation)          Case number (*if known*)_____
         Name

8. **Others entitled to notice**   Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   Australia

   **Debtor's registered office:**

   Unit 1, 63 New South Head Road
   Number   Street

   _____
   P.O. Box

   Vaucluse      NSW          2030
   City    State/Province/Region   ZIP/Postal Code

   Australia
   Country

   **Individual debtor's habitual residence:**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City    State/Province/Region   ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   26 Flinders Street
   Number   Street

   _____
   P.O. Box

   Adelaide, South Australia         5000
   City    State/Province/Region   ZIP/Postal Code

   Australia
   Country

10. **Debtor's website** (URL)   _____

11. **Type of debtor**

    *Check one:*

    ❏ Non-individual (*check one*):

      ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

      ❏ Partnership

      ❏ Other. Specify: _____

    ❏ Individual

Official Form 401         Chapter 15 Petition for Recognition of a Foreign Proceeding         page 2

| | | |
|---|---|---|
| Debtor | ACN 078 881 035 Pty Limited (in Liquidation) | Case number (if known) _____ |
| | Name | |

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _/s/ John Sheahan_
Signature of foreign representative

John Sheahan
Printed name

Executed on  2 / 27 / 2025
MM / DD / YYYY

✗ _____
Signature of foreign representative

_____
Printed name

Executed on  ___ / ___ / _____
MM / DD / YYYY

**14. Signature of attorney**

✗ _/s/ Glen Kopp_
Signature of Attorney for foreign representative

Date 2 / 28 / 2025
MM / DD / YYYY

Glen Kopp
Printed name

Mayer Brown LLP
Firm name

1221 Avenue of the Americas
Number    Street

New York                                    NY         10020
City                                              State      ZIP Code

(212) 506-2500                          gkopp@mayerbrown.com
Contact phone                           Email address

4119277                                      NY
Bar number                                 State

---

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3

**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York  10020
Joaquin M. C de Baca
Glen A. Kopp
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Counsel for John Sheahan as Foreign Representative*
*Of ACN 078 881 035 Pty Limited (In Liquidation)*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| ACN 078 881 035 PTY LIMITED (In Liquidation), | Case No. 25-_____ (PB) |
| Debtor in Foreign Proceeding. | Chapter 15 |

**ATTACHMENTS TO PETITION**

1. A copy of the order of the Federal Court of Australia dated January 9, 2025, appointing John Sheahan as special purpose liquidator of the Debtor (the "Foreign Representative"), is attached hereto as Exhibit A.

2. A copy of Justice Cheeseman of the Federal Court of Australia's opinion dated January 9, 2025, appointing the Foreign Representative as special purpose liquidator of the Debtor, is attached hereto as Exhibit B.

3. A copy of the document filed with the Australian Securities and Investments Commission ("ASIC") on January 9, 2025, confirming the appointment of the Foreign Representative is attached hereto as Exhibit C.

4. A copy of the order of the Federal Court of Australia dated April 5, 2024, commencing foreign proceeding and appointing Alan Walker as liquidator of the Debtor, is attached hereto as Exhibit D.

5. A copy of the Debtor's Certificate of Registration filed with ASIC is attached hereto as Exhibit E.

6. A copy of the chapter 15 list pursuant to Bankruptcy Rule 1007(a)(4) is attached hereto as Exhibit F.

7. A copy of the Debtor's Corporate Ownership Statement, pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(4) and 7007.1, is attached hereto as Exhibit G.

1

8. A copy of the Debtor's Current & Historical Company Extract from ASIC's records is attached hereto as <u>Exhibit H</u>.

9. A copy of Official Form 202 is attached hereto as <u>Exhibit I</u>.