## **EXHIBIT C**

**Copy of Form 505 Filed With ASIC**

**Australian Securities & Investments Commission**

Electronic Lodgement

Document No. **7EDE69927**

Lodgement date/time: 10-01-2025 13:31:54

Reference Id: 207581321

**Form 505**
Corporations Act 2001
**415**(1), **427**(2), **427**(4), **450A**(1)(a),
**499**(2C)(a) & (b), **537**(1) & (2),
Insolvency Practice Rules (Corporations) 2016
**s70-60**(2)
Corporations Regulations 2001
5.3B.50, 5.3B.54, 5.5.06

# External Administration or Controllership Appointment of an administrator or controller

**Liquidator details**

Registered liquidator number

**5735**

Registered liquidator name

**JOHN SHEAHAN**

**Company details**

Company name

**ACN 078 881 035 PTY LIMITED**

ACN

**078 881 035**

Industry division

**PROFESSIONAL, SCIENTIFIC AND TECHNICAL SERVICES**

Industry group

**Other Professional, Scientific and Technical Services**

ANZSIC Code

**699**

**Add a new appointment**

Appointee details

Liquidator No.    **5735**

Person Name

**JOHN SHEAHAN**

| | | |
|---|---|---|
| | Address | SHEAHAN LOCK PARTNERS, LEVEL 8 26 FLINDERS STREET ADELAIDE SA 5000 Australia |
| | Type of Appointment | **Appointed Singly** |

## Appointment Details

| | |
|---|---|
| Provide the date of appointment. | **09-01-2025** |
| Type of administrator | **Liquidator of Court liquidation** |
| Method of appointment | **appointment by court order** |
| Court | **Federal Court of Australia** |
| State or Territory of Court | **NSW** |
| Date of obtaining order: | **09-01-2025** |
| Proceeding Matter Number | **1023** |
| Year | **2022** |

## Authentication

This form has been authenticated by
Name        JOHN SHEAHAN
This form has been submitted by
Name        Oliver SHEAHAN
Date         10-01-2025

**Payment**
You need to pay the fee (and any late fees if required) by Bpay or cheque in accordance with the instructions on your invoice

**For more help or information**
Web                         www.asic.gov.au
Ask a question?    www.asic.gov.au/question
Telephone            1300 300 630