## EXHIBIT E

**Copy of Debtor's Certificate of Registration From ASIC**





# Certificate of the Registration of a Company

Corporations Act 2001 Paragraph 1274 (2) (b)

This is to certify that

**SHIELD HOLDINGS AUSTRALIA PTY LIMITED**

**Australian Company Number 078 881 035**

is taken to be registered as a company under the Corporations Act 2001 in New South Wales.

On the first day of November 2020 the company changed its name to
**ACN 078 881 035 PTY LIMITED**

The company is **limited by shares**.

The company is a **proprietary** company.

The day of commencement of registration is **the twelfth day of June 1997**.

Issued by the
Australian Securities and Investments Commission
on this fifth day of February 2025.

Joseph Longo
Chair