# **EXHIBIT F**

**List Pursuant to Bankruptcy Rule 1007(a)(4)**

**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
Joaquin M. C de Baca
Glen A. Kopp
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Counsel for John Sheahan as Foreign Representative*
*Of ACN 078 881 035 Pty Limited (In Liquidation)*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) ) ) | |
| ACN 078 881 035 PTY LIMITED (In Liquidation), | ) ) ) ) | Case No. 25-_____ (PB) |
| Debtor in Foreign Proceeding. | ) ) | Chapter 15 |

### LIST FILED PURSUANT TO BANKRUPTCY RULE 1007(A)(4)

John Sheahan, in his capacity as the duly authorized special purpose liquidator and foreign representative (the "Foreign Representative") of ACN 078 881 035 Pty Limited (In Liquidation) (the "Debtor"), by and through the undersigned counsel, hereby files the following list in accordance with Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure.

I. All Persons or Bodies Authorized to Administer Foreign Proceedings of the Debtor

   a. Alan Walker
      WLP Restructuring
      Suite 19.02, Level 19
      1 Castlereagh Street
      Sydney, New South Wales
      Australia

   b. John Sheahan
      Sheahan Lock Partners
      Level 8
      26 Flinders Street
      Adelaide SA 5000

II. Litigation Parties in the United States

1

The Foreign Representative is not aware of any litigation having been commenced or that is pending within the United States in which the Debtor is a party.

III.  Entities Against Whom Provisional Relief is Sought Under 11 U.S.C § 1519

At this time, the Foreign Representative is not seeking provisional relief pursuant to 11 U.S.C. § 1519 against any party.

[*Remainder of page intentionally left blank.*]

Dated: March 4, 2025
    New York, New York

Respectfully submitted,

By: */s/ Glen A. Kopp*
    Joaquin M. C de Baca
    Glen A. Kopp
    **MAYER BROWN LLP**
    1221 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 506-2500
    Facsimile: (212) 262-1910
    JCdeBaca@mayerbrown.com
    GKopp@mayerbrown.com

*Counsel for John Sheahan as Foreign Representative Of ACN 078 881 035 Pty Limited (In Liquidation)*