# **EXHIBIT G**

**Corporate Ownership Statement**

**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
Joaquin M. C de Baca
Glen A. Kopp
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Counsel for John Sheahan as Foreign Representative*
*Of Shield Holdings Australia Pty Limited*
*(In Liquidation)*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | |
| SHIELD HOLDINGS AUSTRALIA PTY ) | Case No. 25-_____ (PB) |
| LIMITED (In Liquidation), ) | |
| ) | |
| Debtor in Foreign Proceeding. ) | Chapter 15 |
| ) | |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(A)(4) AND 7001.1**

In accordance with the requirements of Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure, John Sheahan, in his capacity as the duly authorized special purpose liquidator and foreign representative (the "Foreign Representative") of Shield Holdings Australia Pty Limited (In Liquidation) (the "Debtor"), the above captioned debtor in a foreign proceeding, by his United States counsel, submits the following corporate ownership statement of the Debtor.

The Foreign Representative hereby states that no corporation directly or indirectly owns 10% or more of any class of the Debtor's equity interests.

1