# **EXHIBIT H**

**Debtor's Current & Historical Company Extract From ASIC**



# Current & Historical Company Extract

**Name:** ACN 078 881 035 PTY LIMITED
**ACN:** 078 881 035

Date/Time: 28 January 2025 AEST 09:29:39 AM

This extract contains information derived from the Australian Securities and Investments Commission's (ASIC) database under section 1274A of the Corporations Act 2001.

Please advise ASIC of any error or omission which you may identify.

**Current & Historical Company Extract**

ACN 078 881 035 PTY LIMITED
ACN 078 881 035

| Organisation Details | | Document Number |
|---|---|---|
| **Current Organisation Details** | | |
| Name: | ACN 078 881 035 PTY LIMITED | 7EDE69890 |
| ACN: | 078 881 035 | |
| Registered in: | New South Wales | |
| Registration date: | 12/06/1997 | |
| Next review date: | 12/06/2025 | |
| Name start date: | 01/11/2020 | |
| Status: | Externally Administered | |
| Note: | For information about this status refer to the documents listed under the heading 'External Administration and/or appointment of Controller', below. | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |
| **Previous Organisation Details from 01/11/2020 to 08/01/2024** | | |
| Name: | ACN 078 881 035 PTY LIMITED | 032023816 |
| Name start: | 01/11/2020 | |
| Status: | Registered | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |
| **Previous Organisation Details from 12/06/1997 to 31/10/2020** | | |
| Name: | SHIELD HOLDINGS AUSTRALIA PTY LIMITED | 012712328 |
| Name start: | 12/06/1997 | |
| Status: | Registered | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |

| Address Details | | Document Number |
|---|---|---|
| **Current** | | |
| Registered address: | Unit 1, 63 New South Head Road, VAUCLUSE NSW 2030 | 7E9780258 |
| Start date: | 04/01/2018 | |
| Principal Place Of Business address: | Unit 1, 63 New South Head Road, VAUCLUSE NSW 2030 | 7E9780258 |
| Start date: | 28/12/2017 | |
| **Historical** | | |
| Registered address: | Unit 1608, 187-189 Liverpool Street, SYDNEY NSW 2000 | 7E6951631 |
| Start date: | 20/05/2015 | |
| Cease date: | 03/01/2018 | |

25-10413-pb    Doc 1-8    Filed 03/04/25    Entered 03/04/25 14:47:48    Exhibit H:
Debtors Current & Historical Company Extract From ASIC    Pg 4 of 9

**Current & Historical Company Extract**                                             **ACN 078 881 035 PTY LIMITED**
                                                                                                          **ACN 078 881 035**

| | | |
|---|---|---|
| Registered address: | WILLIS & BOWRING SOLICITORS, 575 Kingsway, MIRANDA NSW 2228 | 7E6680674 |
| Start date: | 04/02/2015 | |
| Cease date: | 19/05/2015 | |
| Registered address: | Unit 1608, 187-189 Liverpool Street, SYDNEY NSW 2000 | 7E6659824 |
| Start date: | 26/01/2015 | |
| Cease date: | 03/02/2015 | |
| Registered address: | 77 Corish Circle, EASTGARDENS NSW 2036 | 024661015 |
| Start date: | 16/04/2008 | |
| Cease date: | 25/01/2015 | |
| Registered address: | EWIN BINETTER, 883 Rawson Road, ROSE BAY NSW 2029 | 07888103K |
| Start date: | 12/06/1997 | |
| Cease date: | 15/04/2008 | |
| Principal Place Of Business address: | Unit 1608, 187-189 Liverpool Street, SYDNEY NSW 2000 | 7E6951631 |
| Start date: | 13/05/2015 | |
| Cease date: | 27/12/2017 | |
| Principal Place Of Business address: | WILLIS & BOWRING SOLICITORS, 575 Kingsway, MIRANDA NSW 2228 | 7E6680674 |
| Start date: | 19/01/2015 | |
| Cease date: | 12/05/2015 | |
| Principal Place Of Business address: | 77 Corish Circle, EASTGARDENS NSW 2036 | 024661015 |
| Start date: | 02/04/2008 | |
| Cease date: | 18/01/2015 | |
| Principal Place Of Business address: | Unit 1608, 187-189 Liverpool Street, SYDNEY NSW 2000 | 7E6659824 |
| Start date: | 19/01/2015 | |
| Cease date: | 18/01/2015 | |
| Principal Place Of Business address: | 883 Rawson Road, ROSE BAY NSW 2029 | 07888103H |
| Start date: | 29/01/1998 | |
| Cease date: | 01/04/2008 | |

### Contact Address

Section 146A of the Corporations Act 2001 states 'A contact address is the address to which communications and notices are sent from ASIC to the company'.

**Current**

| | | |
|---|---|---|
| Address: | PO BOX 3274, BELLEVUE HILL NSW 2023 | |
| Start date: | 10/12/2012 | |

### Officeholders and Other Roles                                                    Document Number
**Director**

| | | |
|---|---|---|
| Name: | ANDREW JOHN BINETTER | 7E9780258 |
| Address: | Unit 1, 63 New South Head Road, VAUCLUSE NSW 2030 | |
| Born: | 29/03/1966, SYDNEY, NSW | |
| Appointment date: | 02/04/2008 | |

25-10413-pb    Doc 1-8    Filed 03/04/25    Entered 03/04/25 14:47:48    Exhibit H: Debtors Current & Historical Company Extract    Pg 5 of 9

Current & Historical Company Extract    ACN 078 881 035 PTY LIMITED
ACN 078 881 035

| Secretary | | |
|---|---|---|
| Name: | ANDREW JOHN BINETTER | 7E9780258 |
| Address: | Unit 1, 63 New South Head Road, VAUCLUSE NSW 2030 | |
| Born: | 29/03/1966, SYDNEY, NSW | |
| Appointment date: | 02/04/2008 | |
| **Previous Director** | | |
| Name: | MICHAEL THOMAS ROBERT BINETTER | 07888103K |
| Address: | 36 Chamberlain Avenue, ROSE BAY NSW 2029 | |
| Born: | 28/10/1955, SYDNEY, NSW | |
| Appointment date: | 12/06/1997 | |
| Cease date: | 02/04/2008 | |
| **Previous Secretary** | | |
| Name: | MICHAEL THOMAS ROBERT BINETTER | 07888103K |
| Address: | 36 Chamberlain Avenue, ROSE BAY NSW 2029 | |
| Born: | 28/10/1955, SYDNEY, NSW | |
| Appointment date: | 12/06/1997 | |
| Cease date: | 02/04/2008 | |
| **External Administrator** | | |
| Role: | Appointed Liquidator(CTWU) | 7ECR09617 |
| Type: | CQ | |
| Name: | ALAN LEE WALKER | |
| Address: | WLP RESTRUCTURING, 'Suite 19 02' Level 19, 1-7 Castlereagh Street, SYDNEY NSW 2000 | |
| Appointment date: | 08/04/2024 | |
| Court no: | Federal NSW NSD1023 of 2024 | |
| Role: | Appointed Liquidator(CTWU) | 7EDE69927 |
| Type: | CQ | |
| Name: | JOHN SHEAHAN | |
| Address: | SHEAHAN LOCK PARTNERS, Level 8, 26 Flinders Street, ADELAIDE SA 5000 | |
| Appointment date: | 09/01/2025 | |
| Court no: | Federal NSW 1023 of 2022 | |
| **Appointed Auditor** | | |
| Name: | SZANTO EMERIC | 07888103H |
| Address: | Unit 5 21-27 Waverley Street BONDI JUNCTION NSW 2022 | |
| Start date: | 29/01/1998 | |

| Share Information |
|---|
| **Share Structure** |

| Class | Description | Number issued | Total amount paid | Total amount unpaid | Document number |
|---|---|---|---|---|---|
| ORD | ORDINARY SHARES | 2 | 2.00 | 0.00 | 07888103H |

| Members |
|---|
| Note: For each class of shares issued by a proprietary company, ASIC records the details of the top twenty |

25-10413-pb   Doc 1-8   Filed 03/04/25   Entered 03/04/25 14:47:48   Exhibit H: Debtors Current & Historical Company Extract From ASIC   Pg 6 of 9

**Current & Historical Company Extract**  ACN 078 881 035 PTY LIMITED
ACN 078 881 035

| | |
|---|---|
| members of the class (based on shareholdings). The details of any other members holding the same number of shares as the twentieth ranked member will also be recorded by ASIC on the database. Where available, historical records show that a member has ceased to be ranked amongst the top twenty members. This may, but does not necessarily mean, that they have ceased to be a member of the company. | |
| Name: | MICHAEL THOMAS ROBERT BINETTER |
| Address: | Level 21, 133-145 Castlereagh Street, SYDNEY NSW 2000 |

| Class | Number held | Beneficially held | Paid | Document number |
|---|---|---|---|---|
| ORD | 2 | yes | FULLY | 7E9954368 |

**Documents Relating to External Administration and/or Appointment of Controller**

This extract may not list all documents relating to this status. State and Territory records should be searched.

| Date received | Form type | Date processed | Number of pages | Effective date | Document number |
|---|---|---|---|---|---|
| 08/04/2024 | 560  Court Order To Wind Up A Company And Appoint A Liquidator | 26/06/2024 | 5 | 08/04/2024 | 032030353 |
| 15/04/2024 | 505G  Notice By External Administrator/controller-Appoint/cease Appointment Of Liquidator By The Court | 26/06/2024 | 2 | 08/04/2024 | 7ECR09617 |
| 05/06/2024 | 5022  Outcome Of Proposal To Creditors Or Contributories Without A Meeting | 05/06/2024 | 37 | 24/05/2024 | 7ECT46075 |
| 05/06/2024 | 5022  Outcome Of Proposal To Creditors Or Contributories Without A Meeting | 05/06/2024 | 37 | 24/05/2024 | 7ECT45844 |
| 05/06/2024 | 5022  Outcome Of Proposal To Creditors Or Contributories Without A Meeting | 05/06/2024 | 37 | 24/05/2024 | 7ECT47167 |
| 05/07/2024 | 5601A  Statutory Report From Liquidator S70-40 Of Insolvency Practice Rules (Corporations) 2016 Report From Liquidator | 05/07/2024 | 27 | 05/07/2024 | 7ECV06810 |
| 26/08/2024 | 507C  Report On Company Activities And Property Regarding Court Winding Up | 26/08/2024 | 14 | 20/08/2024 | 7ECX42024 |
| 10/01/2025 | 505G  Notice By External Administrator/controller-Appoint/cease Appointment Of Liquidator | 10/01/2025 | 2 | 09/01/2025 | 7EDE69890 |

**Current & Historical Company Extract From ASIC**  
**ACN 078 881 035 PTY LIMITED**  
**ACN 078 881 035**

|  | By The Court |  |  |  |  |
|---|---|---|---|---|---|
| 10/01/2025 | 505G  Notice By External Administrator/controller- Appoint/cease Appointment Of Liquidator By The Court | 10/01/2025 | 2 | 09/01/2025 | 7EDE69927 |

| **Documents** |
|---|
| Note: Where no Date Processed is shown, the document in question has not been processed.  In these instances care should be taken in using information that may be updated by the document when it is processed.  Where the Date Processed is shown but there is a zero under No Pages, the document has been processed but a copy is not yet available. |

| Date received | Form type | Date processed | Number of pages | Effective date | Document number |
|---|---|---|---|---|---|
| 12/06/1997 | 201C  Application For Registration As A Proprietary Company | 12/06/1997 | 4 | 12/06/1997 | 012712328 |
| 12/06/1997 | 204  Certificate Of Registration Division 1 Pt 2.2 | 12/06/1997 | 1 | 12/06/1997 | 012712335 |
| 25/06/1997 | 215  Notification Of Initial Appointment Of Officeholders | 25/06/1997 | 1 | 12/06/1997 | 012183134 |
| 02/02/1998 | 316L (AR 1997) Annual Return Annual Return - Proprietary Company | 27/02/1998 | 4 | 29/01/1998 | 07888103H |
| 03/02/1999 | 316L (AR 1998) Annual Return Annual Return - Proprietary Company | 22/03/1999 | 3 | 25/01/1999 | 07888103I |
| 02/02/2000 | 316L (AR 1999) Annual Return Annual Return - Proprietary Company | REQUISITION | 0 | 17/01/2000 | 07888103J |
| 31/01/2001 | 316 (AR 2000) Annual Return  316P Change Of Name Or Address Of Officeholder  316L Annual Return - Proprietary Company | 26/03/2001 | 3 | 24/01/2001 | 07888103K |
| 29/01/2002 | 316L (AR 2001) Annual Return Annual Return - Proprietary Company | 07/03/2002 | 3 | 28/01/2002 | 07888103L |
| 31/01/2003 | 316L (AR 2002) Annual Return Annual Return - Proprietary Company | 17/02/2003 | 3 | 30/01/2003 | 07888103M |
| 09/04/2008 | 484  Change To Company Details  484B Change Of Registered Address  484C Change Of Principal Place Of | 29/04/2008 | 7 | 09/04/2008 | 024661015 |

25-10413-pb   Doc 1-8   Filed 03/04/25   Entered 03/04/25 14:47:48   Exhibit H:
Debtors Current & Historical Company Extract    Pg 8 of 9

Current & Historical Company Extract From ASIC

ACN 078 881 035 PTY LIMITED
ACN 078 881 035

|  | Business (Address) 484E Appointment Or Cessation Of A Company Officeholder |  |  |  |  |
|---|---|---|---|---|---|
| 15/11/2010 | 484A1  Change To Company Details Change Officeholder Name Or Address | 15/11/2010 | 2 | 15/11/2010 | 7E3295068 |
| 24/11/2010 | 902  Supplementary Document | 26/11/2010 | 3 | 09/04/2008 | 027385116 |
| 19/01/2015 | 484  Change To Company Details 484B Change Of Registered Address 484C Change Of Principal Place Of Business (Address) 484A1 Change Officeholder Name Or Address | 19/01/2015 | 2 | 19/01/2015 | 7E6659824 |
| 28/01/2015 | 484  Change To Company Details 484B Change Of Registered Address 484C Change Of Principal Place Of Business (Address) | 28/01/2015 | 2 | 28/01/2015 | 7E6680674 |
| 13/05/2015 | 484  Change To Company Details 484B Change Of Registered Address 484C Change Of Principal Place Of Business (Address) | 13/05/2015 | 2 | 13/05/2015 | 7E6951631 |
| 01/06/2015 | 484A1  Change To Company Details Change Officeholder Name Or Address | 01/06/2015 | 2 | 01/06/2015 | 7E6999014 |
| 28/12/2017 | 484  Change To Company Details 484B Change Of Registered Address 484C Change Of Principal Place Of Business (Address) 484A1 Change Officeholder Name Or Address 484A2 Change | 28/12/2017 | 2 | 28/12/2017 | 7E9780258 |

25-10413-pb   Doc 1-8   Filed 03/04/25   Entered 03/04/25 14:47:48   Exhibit H:
Debtors Current & Historical Company Extract From ASIC   Pg 9 of 9

**Current & Historical Company Extract**

**ACN 078 881 035 PTY LIMITED**
**ACN 078 881 035**

|  | Member Name Or Address |  |  |  |  |
|---|---|---|---|---|---|
| 01/03/2018 | 484A2  Change To Company Details Change Member Name Or Address | 01/03/2018 | 2 | 01/03/2018 | 7E9954368 |
| 08/04/2024 | 580  Court Order To Restore A Company To The Register | 15/04/2024 | 5 | 08/04/2024 | 032023816 |
| 17/01/2025 | 902  Supplementary Document | 22/01/2025 | 2 | 09/01/2024 | 032415554 |

| Annual Return Document List | | | | | | |
|---|---|---|---|---|---|---|
| Year | Return due date | Extended due date | AGM due date | Extended AGM due date | AGM held date | Outstanding |
| 1997 | 31/01/1998 | | | | | no |
| 1998 | 31/01/1999 | | | | | no |
| 1999 | 31/01/2000 | | | | | no |
| 2000 | 31/01/2001 | | | | | no |
| 2001 | 31/01/2002 | | | | | no |
| 2002 | 31/01/2003 | | | | | no |

**\*\*\*End of Extract of 7 Pages\*\*\***